# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tony Carapia

               V.                       **JUDGMENT IN A CIVIL CASE**

John Marshall, Warden

                                     **CASE NUMBER:**   06CV0629-J (RBB)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

this Court adopts the Report and Recommendation and denies Petitioner's Second Amended Petition for Writ of Habeas Corpus in its entirety. Additionally, this Court denies Petitioner's requests for an evidentiary hearing and appointment of counsel.

| October 12, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON October 12, 2007 |